IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CARLTON HOLMAN,                )
                               )
       Plaintiff,              )
                               )        CIVIL ACTION NO.
       v.                      )         3:11cv56-MHT
                               )             (WO)
LEE COUNTY, ALABAMA, et al,    )
                               )
       Defendant.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about lack of medical care.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of May, 2013.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE